UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00298-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GUSTAVO MONAREZ-OLIVAS, a/k/a Gustavo Menarez-Olivas, a/k/a Gustavo Olivas,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on July 23, 2010. Accordingly, the jury trial set for August 9, 2010 is **VACATED.** A Change of Plea hearing is set for **Monday, October 25, 2010 at 9:00 a.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: July 26, 2010